UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
EARL BOWMAN,                    :
                                :   NO. 1:02-CV-00820
        Petitioner,             :
                                :
                                :   OPINION & ORDER
   v.                           :
                                :
                                :
JAMES IRWIN,                    :
                                :
        Respondent.             :
```

On November 6, 2002, the Court received Petitioner Earl Bowman's (hereinafter "Bowman") petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 1). Respondent James Irwin filed a return of writ on December 30, 2002 (doc. 3), and the Court received Bowman's traverse on April 8, 2003 (doc. 6). Ultimately, the assigned Magistrate Judge issued a Report and Recommendation on March 30, 2005, recommending that the petition be dismissed, that no certificate of appealability should issue, and that the Court should deny Bowman leave to proceed in forma pauperis on appeal (doc. 5).

Bowman was served with the Report and Recommendation and was therefore afforded proper notice of the Magistrate Judge's Report and Recommendation required by 28 U.S.C. § 636(b)(1)(C), including that failure to file timely objections to the Report and Recommendation would result in a waiver of further appeal. See United States v. Walters, 638 F.2d 947, 949-50 (6th

Cir. 1981). Bowman has failed to file any objections thereto within the ten days provided for by Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the Report and Recommendation <u>de novo</u>, finding it both thoughtful and proper.

Having reviewed that Magistrate Judge's Report and Recommendation, the Court finds it to be well-reasoned and thorough Accordingly, the Magistrate Judge's Report and Recommendation (doc. 8) is hereby ADOPTED IN ITS ENTIRETY. Bowman's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED WITH PREJUDICE. Issuance of a certificate of appealability of this Order pursuant to 28 U.S.C. § 2253(c) is DENIED. The Court hereby CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order may not be taken in good faith; leave to proceed <u>in forma pauperis</u> on appeal is therefore DENIED.

SO ORDERED.

Dated: May 10, 2005    /s/ S. Arthur Spiegel
                       S. Arthur Spiegel
                       United States Senior District Judge