IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EARL A. BOWMAN | : |
| Plaintiff(s) | : |
| | : Case Number: 1:02-cv-00820 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| JAMES IRWIN | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Magistrate Judge's Report and Recommendation (doc. 7) is hereby ADOPTED IN ITS ENTIRETY. Bowman's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED WITH PREJUDICE.  Issuance of a certificate of appealability of this Order pursuant to 28 U.S.C. § 2253(c) is DENIED. The Court hereby CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order may not be taken in good faith; leave to proceed in forma pauperis on appeal is therefore DENIED.

5/11/05                                                                James Bonini, Clerk


                                                                       s/Kevin Moser
                                                                       Kevin Moser
                                                                       Deputy Clerk